FILED

2026 Apr-16  PM 02:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

MARLON ORLANDO BLOUNT
JR,
     Plaintiff,

v.

CITY OF GADSDEN, *et al.*,
    Defendants.

Case No. 4:25-cv-978-CLM

## MEMORANDUM OPINION

Before the court is Defendant Gadsden Regional Medical Center's motion to dismiss with prejudice (doc. 22). On March 9, 2026, the court entered a memorandum opinion and order dismissing pro se Plaintiff Marlon Orlando Blount Jr.'s claims without prejudice because Blount's complaint was an impermissible shotgun pleading and Blount otherwise failed to state a plausible claim for relief. (*See* doc. 21). The court gave Blount until April 3, 2026, to amend his complaint and cure his pleading deficiencies. The court specifically noted in its order that "[i]f Blount fails to file an amended complaint by [April 3, 2026], then the court may impose appropriate sanctions, including dismissal of Blount's claims with prejudice." (*See id.*, p. 9). Blount failed to amend his complaint by the April 3, 2026 deadline, so Gadsden Regional Medical Center now asks the court to dismiss Blount's claims with prejudice.

The Eleventh Circuit has made clear that, although dismissal with prejudice is a drastic remedy, "dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion." *See Jones v. Dudley*, 2025 WL 2814788, at *4 (11th Cir. Oct. 3, 2025) (quoting *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)). Here, Blount has disregarded the court's prior order that gave him specific instructions on how to replead his complaint, a deadline by which to do so, and a clear warning on what sanctions could result if he failed to replead. Plus, because Blount has neither filed an amended complaint nor asked for

additional time to fix his complaint's shotgun pleading deficiencies, this court may dismiss his case with prejudice on non-merits shotgun pleading grounds. *See Vibe Micro, Inc. v. Shabanets*, 878 F.3d 1291, 1296 (11th Cir. 2018).

So the court **GRANTS** Gadsden Regional Medical Center's motion to dismiss with prejudice (doc. 22) and **DISMISSES** Blount's claims against all Defendants **WITH PREJUDICE**. The court will enter a separate order carrying out this ruling and closing this case. The court **DIRECTS** the Clerk of Court to send a copy of this memorandum opinion to Blount at his address of record.

**Done** and **Ordered** on April 16, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE